HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMRISH RAJAGOPALAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOTE WORLD, LLC,<br><br>Defendant.<br><br>MARIE JOHNSON-PEREDO and ROBERT HEWSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERACORD, LLC; LINDA REMSBERG and CHARLES REMSBERG, individually and on behalf of the marital community,<br><br>Defendants. | CV11-5574BHS<br>CASE NO. 3:12-CV-05657-BHS<br><br>STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEYS FOR DEFENDANTS NOTEWORLD, LLC AND MERACORD, LLC |

STIPULATION AND PROPOSED ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
ATTORNEYS FOR DEFENDANTS NOTEWORLD,
LLC AND MERACORD, LLC - 1

Andrews•Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050

The parties to the above-captioned action hereby stipulate to the withdrawal of C. Allen Garrett, Jr. of the law firm of Kilpatrick Townsend & Stockton LLP and Pamela M. Andrews and Jennifer Lauren of the law firm of Andrews Skinner, P.S. as attorneys for Defendants Noteworld, LLC and Meracord, LLC.

Angelo J. Calfo of Calfo Harrigan Leyh & Eakes, LLP will continue to serve as the attorney of record for defendants Noteworld, LLC and Meracord, LLC.

This Stipulation is submitted with the knowledge and consent of defendants Noteworld, LLC and Meracord, LLC. As shown by the attached Certificate of Service, notice of this Stipulation has been served on all parties, including a representative of Noteworld, LLC and Meracord, LLC, in accordance with Local Rule 83.2(b).

A proposed Order follows the parties' signatures.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 16th day of August, 2013.

ANDREWS • SKINNER, P.S.

| /s/ Pamela M. Andrews | /s/C. Allen Garrett Jr. *[with email authorization]* |
|---|---|
| PAMELA M. ANDREWS, WSBA #14248 | C. Allen Garrett Jr. (*pro hac vice*) |
| JENNIFER LAUREN, WSBA #37914 | Georgia Bar No. 286335 |
| ANDREWS • SKINNER, P.S. | KILPATRICK TOWNSEND & STOCKTON LLP |
| 645 Elliott Avenue West, Suite 350 | 1100 Peachtree Street, Suite 2800 |
| Seattle, WA 98119-3911 | Atlanta, Georgia 30309-4528 |
| Pamela.Andrews@Andrews-Skinner.com | agarrett@kilpatricktownsend.com |
| Jennifer.Lauren@Andrews-Skinner.com | *Withdrawing Attorneys for Defendants Noteworld, LLC and Meracord, LLC* |

STIPULATION AND PROPOSED ORDER FOR WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS NOTEWORLD, LLC AND MERACORD, LLC - 2

Andrews•Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050

/s/Thomas E. Loeser *[with email authorization]*
Steve W. Berman
Thomas E. Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
steve@hbsslaw.com
toml@hbsslaw.com

/s/Stuart M. Paynter *[with email authorization]*
Stuart M Paynter (*pro hac vice*)
Celeste H.G. Boyd (*pro hac vice*)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
stuart@smplegal.com
cboyd@smplegal.com
*Attorneys for Plaintiffs*

/s/Angelo J. Calfo *[with email authorization]*
Angelo J. Calfo, WSBA #27079
CALFO HARRIGAN LEYH & EAKES LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
Tel: (206) 623-1700
Fax: (206) 623-8717
Email: angeloc@calfoharrigan.com
*Attorney for Defendants
Noteworld, LLC and Meracord, LLC*

s/H. Andrew Saller, Jr.
*[with email authorization]*
James A. Krueger, WSBA #3408
H. Andrew Saller, Jr., WSBA #12945
Lucy R. Clifthorne, WSBA #27687
VANDEBERG JOHNSON & GANDARA LLP
1201 Pacific Ave., Suite 1900,
Tacoma, WA 98402
Telephone: (253) 383-3791
Facsimile: (253) 383-6377
jkrueger@vjglaw.com
asaller@vjglaw.com
lclifthorne@vjglaw.com
*Attorneys for Linda and Charles Remsberg*

## [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this 19 day of August, 2013.

_____
BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER FOR
WITHDRAWAL AND SUBSTITUTION OF
ATTORNEYS FOR DEFENDANTS NOTEWORLD,
LLC AND MERACORD, LLC - 3

Andrews•Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050